# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

vs.                                        **CASE NO.: 5:03cr46/MCR**

**MELVA MELISSA VALLE**
_____/

## ORDER REDUCING SENTENCE

      Before the Court is the Government's Rule 35 motion (doc. 23) advising that a reduction in Defendant's sentence may be warranted by her cooperation and substantial assistance since her sentencing. The Court finds that a reduction is proper to reward her assistance to the Government in the investigation and prosecution of others.

      Defendant's sentence of confinement is, therefore, reduced to 36 months. Further, Defendant's term of supervised release is reduced to 5 years. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed March 23, 2004, shall remain unchanged.

      ORDERED this 25th day of April, 2005.

                                            *s/ M. Casey Rodgers*
                                       **M. CASEY RODGERS**
                                         **UNITED STATES DISTRICT JUDGE**